| | |
|---|---|
| 1 | GIA N. MARINA |
| 2 | Nevada Bar No. 15276 |
|   | **CLARK HILL PLLC** |
| 3 | 1700 Pavilion Center, Suite 500 |
|   | Las Vegas, Nevada 89135 |
| 4 | E-mail: gmarina@clarkhill.com |
|   | Telephone: (702) 862-8300 |
| 5 | Facsimile: (702) 778-9709 |
|   | *Attorney for Defendant* |
| 6 | *Equifax Information Services LLC* |

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| JONATHAN HAMAN, | Case No. 2:23-cv-00479-ART-EJY |
| Plaintiff, | |
| vs. | **JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER** |
| EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION, LLC, EXPERIAN INFORMATION SOLUTIONS, INC. | |
| Defendants. | **FIRST REQUEST** |

Defendant Equifax Information Services LLC ("Equifax") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Defendant Equifax Information Services LLC's time to answer, move or otherwise respond to the Complaint in this action is extended from May 11, 2023 through and including **June 1, 2023**. The request was made by Equifax so that it can have an opportunity to

//

//

//

//

collect and review its internal files pertaining to the allegations in the Complaint, and Plaintiff approves. This stipulation is filed in good faith and not intended to cause delay.

Respectfully submitted, this 8th day of May, 2023.

CLARK HILL PLLC

By: /s/ Gia N. Marina
Gia N. Marina
Nevada Bar No. 15276
1700 Pavilion Center, Suite 500
Las Vegas, Nevada 89135
Tel: (702) 862-8300
Fax: (702) 778-9709
Email: gmarina@clarkhill.com
*Attorney for Defendant Equifax Information Services LLC*

**<u>No opposition</u>**

/s/Michael Everett Yancey
Michael Everett Yancey, III, Esq.
**Price Law Group, APC**
Consumer Attorneys PLC
2300 West Sahara Avenue
Suite 800
Las Vegas, NV 89102
480-573-9272
Fax: 718-715-1750
Email: myancey@consumerattorneys.com

IT IS SO ORDERED:

_____
United States Magistrate Judge

DATED:   May 8, 2023

- 2 -