UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| JONATHAN HAMAN,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; and TRANS UNION LLC,<br><br>　　　　　Defendants. | **Case No.:** 2:23-cv-00479-ART-EJY<br><br>**ORDER APPROVING**<br><br>STIPULATION OF DISMISSAL WITH PREJUIDCE AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC ONLY |

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Jonathan Haman and Defendant Equifax Information Services LLC ("Equifax"), by and through undersigned counsel, hereby stipulate that this action and all claims and defenses asserted therein be dismissed with prejudice as to Defendant Equifax ONLY. Plaintiff and Equifax have agreed that all attorneys' fees and costs are to be paid as indicated in the parties settlement agreement.

**IT IS SO ORDERED.**

Dated: July 18, 2023.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　  Honorable Anne R. Traum
　　　　　　　　　　　　　　　　　　　　　  United States District Judge

1