**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| JONATHAN HAMAN,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; and TRANS UNION LLC,<br><br>　　　　　　Defendants. | **Case No.:** 2:23-cv-00479-ART-EJY<br><br>**ORDER GRANTING**<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. |

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Jonathan Haman ("Plaintiff"), and Defendant Experian Information Solutions, Inc. ("Experian"), by and through their counsel of record, hereby stipulate that this action and all claims asserted therein be dismissed with prejudice as to Defendant Experian. Plaintiff and Experian have agreed that all attorneys' fees and costs are to be paid as outlined in the settlement agreement and release. There are no remaining defendants in this matter.

**IT IS SO ORDERED.**

Dated: October 27, 2023.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Honorable Anne R. Traum
　　　　　　　　　　　　　　　　　　　United States District Judge

1